IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

CARL H. AMBURN JR. )
(full name)   Plaintiff   )   15-3288-CV-S-BCW-P
V.                        )   Case No. _____
PAM TRIPP                 )
(full name)   Defendant(s) )   Defendant/Defendant(s) are suied in
                              their (check one)
                              ____ Individual Capacity
                              ____ Official Capacity
                              _X_ Both

COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.  Place of present confinement of plaintiff Texas County Justice Center, Houston, Missouri

II. Parties to this civil action:
    Please give your commitment name and any other name(s) you have used while incarcerated. CARL H. AMBURN JR.
    A. Plaintiff CARL H. AMBURN JR.
       Plaintiffs address 261 KELLY ROAD RAYMONDVILLE, MO 65555
    B. Defendant/Defendant(s) PAM TRIPP
       ACTING UNDER COLOR OF STATE LAW
       Is employed as JAILER/JAIL SUPERVISOR

    For additional plaintiffs or defendants, provide above information in same format on a seperate page, and attach to this Complaint.

1.

IM SUING PAM TRIPP IN HER INDIVIDUAL & OFFICIAL CAPACITY

| | | | |
|---|---|---|---|
| III. | Do your claims involve medical treatment? | Yes X | No ____ |
| IV. | Do you request a jury trial? | Yes X | No ____ |
| V. | Do you request money damages? | Yes X | No ____ |

State the amount claimed?  $500,000 / 500,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes X  No ____

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes X  No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?  Yes ____  No X

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
Pam Tripp, jailer, failed to file my grievance's so none of them was ever filed

D. If you have not filed a grievance, state the reasons.
Pam Tripp, Jailer would not file them for me

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?  Yes ____  No X

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?  Yes ____  No X

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: ____N/A_____
        (Plaintiff)            (Defendant)
(2) Date filed: ____N/A_____

2

(3) Court where filed: _____N/A_____

(4) Case Number and citation: _____N/A_____

(5) Basic claim made: _____N/A_____

(6) Date of disposition: _____N/A_____

(7) Disposition: _____N/A_____
   (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: ____N/A_____
   (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

VIOLATED 8TH AMENDMENT BY CRUEL & UNUSUAL PUNISHMENT. PAM TRIPP ALLOWING ME TO SUFFER WITH MEDICAL CONDITION.

VIOLATED 14TH AMENDMENT DUE PROCESS BY FAILING TO FILE GRIEVANCES

B. State briefly your legal theory or cite appropriate authority:

MY UNITED STATES CONSTITUTIONAL AMENDMENT RIGHTS WERE VIOLATED WHICH PUTS PAM TRIPP IN VIOLATION OF THIS 14TH CONSTITUTIONAL AMENDMENT RIGHTS BY FAILING TO ALLOW MY DUE PROCESS RIGHTS WHEN SHE NEGLECTED TO FILE OR ACKNOWLEDGE MY GRIEVANCES AND MY 8TH BY ALLOWING ME TO SUFFER WITH A MEDICAL CONDITION BY NOT BRINGING THIS TO A MEDICAL DOCTORS ATTENTION.

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
ORDER, DEMAND, COMPEL PAM TRIPP TO GIVE ME MEDICAL ASSISTANCE NEEDED IN THIS GRAVE MEDICAL SITUATION

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. Neldon Neal-( Jailhouse Lawyer )

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?     Yes___ No X

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

N/A

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes___ No X

If your answer is "Yes," state the name and address of the lawyer.

N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 16TH day of JUNE 2015.

_Carl H Ambuch_
Signature(s) of Plaintiff(s)

4

I CARL AMBURN WAS OVER MEDICATED AT TEXAS COUNTY JAIL WITH THE DRUG QUETIAPINE 1600mg A DAY TO 2000 mg A DAY WELL OVER THE AMOUNT OF WHAT IS A DAILY DOSAGE OF ANYONE MY SIZE. DOSE ABOVE 800mg DAILY HAVE NEVER BEEN STUDIED". THEN THAY SUDDENLY STOP ME FROM TAKEN IT. WITHOUT TAIKING TO A DOCTOR."WHEN IT RECOMENDED NOT TO SUDDENLY STOP TAKING QUETIAPINE WITHOUT FIRST TAIKING WITH DOCTOR. YOU MAY HAVE AN INCREASED RISK OF SIDE EFFECTS. IF YOU NEED TO STOP QUETIAPINE, YOUR DOCTOR WILL GRADULLY LOWER YOUR DOSE. THIS WAS NOT DONE AT ALL. I WAS HAVING COLAN PROBLEM AS WELL AT THIS TIME THIS WAS ALL HAPPENING. I FILLED OUT NUMEROUS GREIVENCES AND REQUEST, AND MEDICAL REQUEST FORMS. FINELLY ON THE 26th OF MAY I GOT 3 GREIVENCES BACK FROM THE 7th, 10th, 12th THE FERST 2 GREIVENCES WASN'T EVEN SIGNED OR DATED. JUST SEE "ATTACHED PAGE" WHICH WAS THE 12th OF MAY. IT WAS FINALLY ANSWERED 18 DAYS AFTER FILLIN THE FERST ONE. WITH TWO LIES ONE WAS ANSWERED THAT THE NURSE SAID MY BLOOD PRESURE WAS PERFECTLY FINE FOR SOMONE MY AGE AND WEIGHT. MY BLOOD PRESURE WAS LOGED IN VERY HIGH ON THE 21 OF MAY 6:00 am BY JAILER TONI. NOT NORMAL AT ALL. THEN THE SECOND LIE WAS THAT I WOULD SEE THE DOCTOR ON THE 26th SAME DAY. PAM TRIPP FINALLY REPLYED TO MAYBE 5% OF WHAT I'VE FILLED OUT AND SENT IN. I FINALLY GOT TO SEE DOCTOR ON JUNE 3/2015. AND I ASK THE DOCTOR TO LET ME HAVE MY MEDICAL RECORDS? PLEASE AND THAT I WAS HAVING REALLY BAD SIDE AFFECTS FROM THIS DRUG I WAS ON. WELL HE SAID HE HAD NO PROBLEM GIVEN ME MY MEDICAL RECORDS. BUT PAM TRIPP WOULD HAVE TO MAKE COPYS FOR ME. SO I GO OUT OF MEDICAL ROOM TO BOOKING ASKED PAM TRIPP IF SHE COULD GET ME COPYS OF ALL OF MY MEDICAL RECORDS. SHE STATES SHE DIDNT HAVE TIME IN FRONT OF INMATES. I HAVE ALL STATMENTS FOR THAT I ALSO ASK JAILER MARK IF HE COULD DO THAT FOR ME HE LOOKED AT PAM TRIPP AND SAID HE COULDNT DO IT. THEN PAM TRIPP SAID SHE WASN'T ALLOWED TO MAKE COPYS OF MEDICAL RECORDS ANYMORE. NOT ONLY THAT PAM TRIPP HAS LOST 2 MOTIONS TO COURT FOR THE RELEASE

of my greivence and request, and medical records one of the jailer put then Pam Tripp office never got filled or made it to courts above. Then the 2nd motion bailieff Brown was gave to take to courts. Never heard anythin I ask what he did with it. He said he gave it to jailer. Never seen again, I left at Pam Tripps desk again. The jailer wont lie. And Mr Brown wont ether. I cant get my greivences copy back at all from Pam Tripp. My family has called up at the jail and ask 5 different jailers includn Pam Tripp to find out what medicine I was taking and none of them could tell my family. Just exactly what thay was giving me at all. One even said it wasnt his job. This is what ive dealt with.

Today on the 17 of June, I went to see the nurse for all the side effects, that I'm have finally after 5 medical request, that ive put in for all this matter. While waitn, Pam Tripp come to the bench to talk to me about my greivnces that I wrote her. She said that she was to busy to answer the greivnces that I filled. She told me that she could throw them away. She showed me a stack of greivnces from inmates about an inch thick. I told that ive had medical problems I just need to see the doctor. And I need copy of my inmate account for at least 2 weeks now. If you was to get the camra recording of booking area at Texas County Jail 2:00 pm to 3:00 pm June 17. If you could seize that camra recording at 2:00 to 3:00 pm booking on the bench you could witness for your self, just how Pam Tripp told me she would throw my greivnces away in the trash. Please have this SEIZED before the film is gone it proves my whole point. Please help me with a attorney in this matter.

THANK YOU

RECEIVED

2015 JUN 22 PM 1:07

CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

TEXAS COUNTY JAIL

SPRINGFIELD MO 658
18 JUN 2015 PM 2 L



US DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
400 E 9TH STREET
KANSAS CITY, MO 64106